JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.  **CV 16-1108-JFW (AJWx)**                                            Date: August 31, 2016

Title:         MAC Trailer Leasing, LLC *-v-* Weber Distribution, LLC

---

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                                                                        None

**PROCEEDINGS (IN CHAMBERS):**     ORDER OF DISMISSAL

      In the Mediation Report filed on August 30, 2016, Dkt. No. 30, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before January 31, 2017.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until January 31, 2017.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

      IT IS SO ORDERED.